UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY LLOYD,<br><br>            Plaintiffs,<br><br>vs.<br><br>CARMEN ZAMORA, SUSAN DUVAL, MILISA HERTS, JERMEY TURNER, MIKE MCCOURTIE, AND C.P.M. KLIENBACH,<br><br>            Defendants. | No. 2:15-CV-0176-LRS-1<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

**BEFORE THE COURT** for resolution is the Report and Recommendation (ECF No. 40) entered on April 13, 2016 on the parties' Stipulation (ECF No. 39).

Having reviewed the Report and Recommendation and there being no reason for any party to object to the same, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

Pursuant to the Stipulation of the parties (ECF No. 39), the Clerk of the Court shall enter judgment of dismissal of the Amended Complaint (ECF No. 12) and the claims therein with prejudice and without costs or fees to any party.

///

ORDER - 1

The Clerk of this court shall enter this Order and judgment, forward copies to Magistrate Judge Rodgers, the *pro se* Plaintiff, and counsel, and close this file.

DATED this 20th day of April, 2016.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2