# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LARRY LLOYD,

*Plaintiff*

v().

CARMEN ZAMORA, et al.,

*Defendant*

Civil Action No. 2:15-CV-176-LRS

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff's Amended Complaint and the claims therein are dismissed with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko _____ on an Order Adopting Report and Recommendation and upon the parties' Stipulation of Dismissal.

Date: April 20, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb